UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGINA MORGENSTERN,

                Plaintiff,

    -against-                                  04-CV-0058
                                                  (JS)(ARL)

COUNTY OF NASSAU; NASSAU LOCAL 830,          **NOTICE OF MOTION FOR**
CIVIL SERVICE EMPLOYEES ASSOCIATION,         **JUDGMENT ON THE**
INC.; THOMAS R. SUOZZI, ANTHONY M.               **PLEADINGS PURSUANT**
CANCELLIERI, PATRICIA BOURNE and                 **TO RULE 12(C) OF THE**
JOHN P. DONNELLY, in their individual                 **FED. RULES OF CIV. PROC.**
and official capacities,

                Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Esther D. Miller, Esq. dated March 30, 2005, the exhibit attached thereto, and upon the accompanying Memorandum of Law in Support of the Motion for Judgment on the Pleadings, together with all prior pleadings and proceedings had herein, defendants Nassau County, Thomas R. Suozzi, Anthony M. Cancellieri, Patricia Bourne and John P. Donnelly, will move this Court before the Honorable Joanna Seybert, on a date to be determined by the Court, at the Courthouse of the United States District Court, Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order dismissing entirely the Fourth, Fifth and Sixth Causes of Action of the Amended Complaint, and dismissing the First Cause of Action of this Amended Complaint as to defendant Donnelly, pursuant to Rule 12(c) of the Federal Rules of Civil

Procedure and applicable Local Rules and for such other and further relief as may be just, proper and equitable.

Dated: Mineola, New York
April 1, 2005

By:

LORNA B. GOODMAN
Nassau County Attorney

Esther D. Miller (EM 2416)

Deputy County Attorney
One West Street
Mineola, New York 11530
(516) 571-3066
Attorneys for Defendants
County of Nassau, Thomas R. Suozzi, Anthony M. Cancellieri; Patricia Bourne and John Donnelly.

Of Counsel:

Tatum Fox (TF 5905) and
Bernadette K. Ford (BKF 4339)
Deputy County Attorneys

To: Scott B. Gilly, Esq.
Thompson Wigdor & Gilly LLP
350 Fifth Avenue, Suite 5720
New York, New York 10118
Attorneys for Plaintiff

Steven A. Crain
CSEA Legal department
143 Washington Avenue
Box 7125, Capitol Station
Albany, New York 12210
Attorneys for Defendants
Civil Service Employees Association, Inc.
And Nassau Local 830