UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGINA MORGENSTERN,

                Plaintiff,

                                    **ORDER**
      -against-                              CV 04-0058 (JS)(ARL)

COUNTY OF NASSAU, et al.,

                Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated April 25, 2005, the undersigned granted the defendants' motion for a stay of discovery pending a determination on their motion for a judgment on the pleadings. By Memorandum and Order dated February 23, 2006, Judge Seybert dismissed the plaintiff's defamation claim but denied the remainder of the motion. Accordingly, the stay of discovery is lifted and the following pretrial schedule is adopted:

| | |
|---|---|
| <u>**June 21, 2006:**</u> | Motions for joinder of additional parties to be completed. |
| <u>**June 21, 2006:**</u> | Motion for amendment of pleadings completed. |
| <u>**September 13, 2006:**</u> | All discovery, inclusive of expert discovery, to be concluded. |
| <u>**September 27, 2006 :**</u> | Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice. |
| <u>**October 11, 2006 :**</u> | Final conference before the undersigned at 11:00 a.m. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference. Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. |

Dated: Central Islip, New York       **SO ORDERED:**
       March 1, 2006

                                                   _____/s/_____
                                                   ARLENE R. LINDSAY
                                                   United States Magistrate Judge