UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

GEORGINA MORGENSTERN,

                                     Plaintiff,      Case No. 04-CV-0058 (JS)

                 v.

COUNTY OF NASSAU, et al.,

                              Defendants.

---------------------------------------------------------------------- x

## DECLARATION OF SCOTT B. GILLY IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Scott B. Gilly, affirms under the penalties of perjury as follows:

1.      I am a member of the bar of this Court and of the law firm of Thompson Wigdor & Gilly LLP, counsel of record for Plaintiff Georgina Morgenstern.  I submit this Declaration ("Gilly Decl.") in Support of Plaintiff's Memorandum of Law in Opposition to County Defendants' Motion for Summary Judgment.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Georgina Morgenstern in Support of Her Motion for a Temporary Restraining Order to Show Cause for a Preliminary Injunction, with the exhibits attached thereto, dated January 8, 2004.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Patricia Bourne in Opposition to Plaintiff's Motion for Preliminary Injunction, dated January 22, 2004.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Georgina Morgenstern in Support of Her Reply to Defendants' Opposition to her Motion for a Preliminary Injunction, with the exhibits attached thereto, dated January 30, 2004.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Georgina Morgenstern in Support of Plaintiff's Rule 56.1 Counter-Statement of Material Facts in Dispute, dated October 20, 2007.

6.      Attached hereto as Exhibit 5 are true and correct copies of pages from the transcript of the deposition of Patricia Bourne, taken on April 13, 2007.

7.      Attached hereto as Exhibit 6 are true and correct copies of pages from the transcript of the deposition of Patricia Bourne, taken on June 12, 2007.

8.      Attached hereto as Exhibit 7 are true and correct copies of pages from the transcript of the deposition of Anthony Cancellieri, taken on April 18, 2007.

9.      Attached hereto as Exhibit 8 are true and correct copies of pages from the transcript of the deposition of Timothy Corr, taken on November 9, 2006.

10.     Attached hereto as Exhibit 9 are true and correct copies of pages from the transcript of the deposition of John P. Donnelly, taken on April 11, 2007.

11.     Attached hereto as Exhibit 10 are true and correct copies of pages from the transcript of the deposition of Deanna Huminski, taken on June 12, 2007.

12.     Attached hereto as Exhibit 11 are true and correct copies of pages from the transcript of the deposition of Karl Kampe, taken on February 23, 2007.

13.     Attached hereto as Exhibit 12 are true and correct copies of pages from the transcript of the transcript of the deposition of Michael Levine, taken on August 24, 2006.

14.     Attached hereto as Exhibit 13 are true and correct copies of pages from the transcript of the deposition of Georgina Morgenstern, taken on August 3, 2006.

15.     Attached hereto as Exhibit 14 are true and correct copies of pages from the transcript of the deposition of Richard Siegel, taken on September 20, 2006.

16.     Attached hereto as Exhibit 15 are true and correct copies of pages from the transcript of the deposition of Neal Stone, taken on December 6, 2004.

17.     Attached hereto as Exhibit 16 are true and correct copies of pages from the transcript of the deposition of Seth Weiss, taken on February 6, 2007.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Defendants' Initial Disclosures, dated November 3, 2004.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Plaintiff's Letter to Defendants, dated September 19, 2007.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff's Supplemental Initial Disclosures, dated September 17, 2007.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Defendants' Letter to Plaintiff, dated September 19, 2007.

22.     Attached hereto as Exhibit 21 is a true and correct copy of documents Bates-stamped MOR 114-15, which were referenced in paragraph 30 of Plaintiff's Rule 56.1 Counter-Statement of Material Facts In Response to County Defendants' Rule 56.1 Statement ("Pl. 56.1 Statement") and in paragraphs 5 and 19 of Plaintiff's Rule 56.1 Counter-Statement of Material Facts in Dispute in Response to Defendant Nassau Local 830 Civil Service Employee's Association, Inc.'s Rule 56.1 Statement ("Pl. 56.1 Statement In Response to CSEA").

23.     Attached hereto as Exhibit 22 is a true and correct copy of the document Bates-stamped NC 91, which was referenced in paragraphs 32, 35 and 36 of Pl. 56.1 Statement.

24.     Attached hereto as Exhibit 23 is a true and correct copy of the document Bates-stamped CSEA 96, which was referenced in paragraphs 33, 37, 38, 51 and 109 of Pl. 56.1 Statement and paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

25.     Attached hereto as Exhibit 24 is a true and correct copy of the document Bates-stamped MOR 116, which was referenced in paragraph 42 of Pl. 56.1 Statement and in paragraphs 19 and 41 of Pl. 56.1 Statement In Response to CSEA.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the document Bates-stamped NC 171, which was referenced in paragraphs 42, 47, 159, 160, 162 and 174 of Pl. 56.1 Statement and in paragraphs 10 and 41 of Pl. 56.1 Statement In Response to CSEA.

27.     Attached hereto as Exhibit 26 is a true and correct copy of the document Bates-stamped NC 5766, which was referenced in paragraphs 42 and 46 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the document Bates-stamped NC 5793, which was referenced in paragraphs 42 and 46 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the document Bates-stamped NC 6430, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the document Bates-stamped NC 7039, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

31.     Attached hereto as Exhibit 30 is a true and correct copy of the document Bates-stamped NC 7044, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

32.     Attached hereto as Exhibit 31 is a true and correct copy of the document Bates-stamped NC 7046, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

33.      Attached hereto as Exhibit 32 is a true and correct copy of the document Bates-stamped NC 7078, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

34.      Attached hereto as Exhibit 33 is a true and correct copy of the document Bates-stamped NC 7093, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

35.      Attached hereto as Exhibit 34 is a true and correct copy of the document Bates-stamped NC 7095, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

36.      Attached hereto as Exhibit 35 is a true and correct copy of the document Bates-stamped NC 7106, which was referenced in paragraphs 42, 46 and 47 of Pl. 56.1 Statement and in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

37.      Attached hereto as Exhibit 36 is a true and correct copy of the document Bates-stamped MOR 113, which was referenced in paragraphs 47, 160, and 162 of Pl. 56.1 Statement and in paragraphs 10, 19 and 41 of Pl. 56.1 Statement In Response to CSEA.

38.      Attached hereto as Exhibit 37 is a true and correct copy of the document Bates-stamped NC 94, which was referenced in paragraphs 47, 160 and 162 of Pl. 56.1 Statement and in paragraphs 10, 19 and 41 of Pl. 56.1 Statement In Response to CSEA.

39.      Attached hereto as Exhibit 38 is a true and correct copy of the document Bates-stamped NC 103, which was referenced in paragraphs 47, 160 and 163 of Pl. 56.1 Statement and in paragraphs 10 and 41 of Pl. 56.1 Statement In Response to CSEA.

40.      Attached hereto as Exhibit 39 is a true and correct copy of the document Bates-stamped NC 105, which was referenced in paragraphs 47, 160 and 162 of Pl. 56.1 Statement and in paragraphs 10 and 41 of Pl. 56.1 Statement In Response to CSEA.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the document Bates-stamped NC 152, which was referenced in paragraphs 47 and 160 of Pl. 56.1 Statement.

42.     Attached hereto as Exhibit 41 is a true and correct copy of the document Bates-stamped NC 172, which was referenced in paragraphs 47, 160 and 162 of Pl. 56.1 Statement and in paragraphs 10 and 41 of Pl. 56.1 Statement In Response to CSEA.

43.     Attached hereto as Exhibit 42 is a true and correct copy of the document Bates-stamped NC 888, which was referenced in paragraphs 47, 160 and 162 of Pl. 56.1 Statement and in paragraphs 10 and 41 of Pl. 56.1 Statement In Response to CSEA.

44.     Attached hereto as Exhibit 43 is a true and correct copy of the document Bates-stamped NC 7085, which was referenced in paragraph 47, 159, 160 and 162 of Pl. 56.1 Statementand in paragraph 41 of Pl. 56.1 Statement In Response to CSEA.

45.     Attached hereto as Exhibit 44 is a true and correct copy of the document Bates-stamped NC 93, which was referenced in paragraphs 50 and 161 of Pl. 56.1 Statement

46.     Attached hereto as Exhibit 45 is a true and correct copy of the document Bates-stamped NC 75, which was referenced in paragraphs 62, 63, 64 and 169 of Pl. 56.1 Statement and in paragraph 41 of Pl. 56.1 Statement In Response to CSEA.

47.     Attached hereto as Exhibit 46 is a true and correct copy of the document Bates-stamped NC 668, which was referenced in paragraphs 63 and 64 Pl. 56.1 Statement.

48.     Attached hereto as Exhibit 47 is a true and correct copy of documents Bates-stamped NC 5068-76, which were referenced in paragraph 65 of Pl. 56.1 Statement.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the document Bates-stamped NC 13598, which was referenced in paragraphs 66 and 67 of Pl. 56.1 Statement.

50.     Attached hereto as Exhibit 49 is a true and correct copy of the document Bates-stamped NC 13618, which was referenced in paragraph 67 of Pl. 56.1 Statement.

51.     Attached hereto as Exhibit 50 is a true and correct copy of the document Bates-stamped MOR 64, which was referenced in paragraph 82 of Pl. 56.1 Statement.

52.     Attached hereto as Exhibit 51 is a true and correct copy of the document Bates-stamped MOR 69, which was referenced in paragraph 82 of Pl. 56.1 Statement.

53.     Attached hereto as Exhibit 52 is a true and correct copy of the document Bates-stamped MOR 76, which was referenced in paragraphs 82 of Pl. 56.1 Statement.

54.     Attached hereto as Exhibit 53 is a true and correct copy of the document Bates-stamped MOR 77, which was referenced in paragraph 82 of Pl. 56.1 Statement.

55.     Attached hereto as Exhibit 54 is a true and correct copy of the document Bates-stamped MOR 80, which was referenced in paragraph 82 of Pl. 56.1 Statement.

56.     Attached hereto as Exhibit 55 is a true and correct copy of the document Bates-stamped MOR 83, which was referenced in paragraph 82 of Pl. 56.1 Statement.

57.     Attached hereto as Exhibit 56 is a true and correct copy of the document Bates-stamped MOR 85, which was referenced in paragraph 82 of Pl. 56.1 Statement.

58.     Attached hereto as Exhibit 57 is a true and correct copy of the document Bates-stamped MOR 86, which was referenced in paragraph 82 of Pl. 56.1 Statement.

59.     Attached hereto as Exhibit 58 is a true and correct copy of the document Bates-stamped MOR 88, which was referenced in paragraph 82 of Pl. 56.1 Statement.

60.     Attached hereto as Exhibit 59 is a true and correct copy of the document Bates-stamped MOR 92, which was referenced in paragraph 82 of Pl. 56.1 Statement.

61.     Attached hereto as Exhibit 60 is a true and correct copy of the document Bates-stamped MOR 94, which was referenced in paragraph 82 of Pl. 56.1 Statement.

62.     Attached hereto as Exhibit 61 is a true and correct copy of the document Bates-stamped NC 3523, which was referenced in paragraph 82 of Pl. 56.1 Statement.

63.     Attached hereto as Exhibit 62 is a true and correct copy of the document Bates-stamped NC 4062, which was referenced in paragraph 82 of Pl. 56.1 Statement.

64.     Attached hereto as Exhibit 63 is a true and correct copy of the document Bates-stamped NC 4704, which was referenced in paragraph 82 Pl. 56.1 Statement.

65.     Attached hereto as Exhibit 64 is a true and correct copy of the document Bates-stamped NC 4707, which was referenced in paragraph 82 of Pl. 56.1 Statement.

66.     Attached hereto as Exhibit 65 is a true and correct copy of the document Bates-stamped NC 4708, which was referenced in paragraph 82 of Pl. 56.1 Statement.

67.     Attached hereto as Exhibit 66 is a true and correct copy of documents Bates-stamped NC 5635-46, which were referenced in paragraph 82 of Pl. 56.1 Statement.

68.     Attached hereto as Exhibit 67 is a true and correct copy of documents Bates-stamped NC 7753-57, which were referenced in paragraph 82 of Pl. 56.1 Statement.

69.     Attached hereto as Exhibit 68 is a true and correct copy of documents Bates-stamped NC 7782-83, which were referenced in paragraph 82 of Pl. 56.1 Statement.

70.     Attached hereto as Exhibit 69 is a true and correct copy of documents Bates-stamped NC 7794-815, which were referenced in paragraph 82 of Pl. 56.1 Statement.

71.     Attached hereto as Exhibit 70 is a true and correct copy of the document Bates-stamped NC 7990, which was referenced in paragraph 82 of Pl. 56.1 Statement.

72.     Attached hereto as Exhibit 71 is a true and correct copy of documents Bates-stamped NC 8057-73, which were referenced in paragraph 82 of Pl. 56.1 Statement.

73.     Attached hereto as Exhibit 72 is a true and correct copy of the document Bates-stamped NC 8244, which was referenced in paragraph 82 of Pl. 56.1 Statement.

74.     Attached hereto as Exhibit 73 is a true and correct copy of documents Bates-stamped NC 131-32, which were referenced in paragraphs 87, 96, 101, 168 and 170 of Pl. 56.1 Statement.

75.     Attached hereto as Exhibit 74 is a true and correct copy of documents Bates-stamped NC 384-85, which were referenced in paragraphs 87, 96, 101 and 168 of Pl. 56.1 Statement.

76.     Attached hereto as Exhibit 75 is a true and correct copy of the document Bates-stamped CSEA 86, which was referenced in paragraph 107 of Pl. 56.1 Statement.

77.     Attached hereto as Exhibit 76 is a true and correct copy of the document Bates-stamped CSEA 112, which was referenced in paragraph 108 of Pl. 56.1 Statement.

78.     Attached hereto as Exhibit 77 is a true and correct copy of documents Bates-stamped MOR 995-97, which were referenced in paragraph 108 of Pl. 56.1 Statement.

79.     Attached hereto as Exhibit 78 is a true and correct copy of the document Bates-stamped MOR 213 (a duplicate of which was inadvertently Bates-stamped MOR 211), which was referenced in paragraph 120 of Pl. 56.1 Statement.

80.     Attached hereto as Exhibit 79 is a true and correct copy of the document Bates-stamped NC 10851, which was referenced in paragraph 152 of Pl. 56.1 Statement.

81.     Attached hereto as Exhibit 80 is a true and correct copy of documents Bates-stamped NC 4933-34, which were referenced in paragraph 156 of Pl. 56.1 Statement.

82.     Attached hereto as Exhibit 81 is a true and correct copy of the document Bates-stamped NC 4943, which was referenced in paragraph 159 of Pl. 56.1 Statement.

83.     Attached hereto as Exhibit 82 is a true and correct copy of the document Bates-stamped MOR 113-116, which was referenced in paragraph 161 of Pl. 56.1 Statement.

84.     Attached hereto as Exhibit 83 is a true and correct copy of the document Bates-stamped MOR 65, which was referenced in paragraph 164 of Pl. 56.1 Statement.

85.     Attached hereto as Exhibit 84 is a true and correct copy of documents Bates-stamped NC 10749-50, which were referenced in paragraph 164 of Pl. 56.1 Statement.

86.     Attached hereto as Exhibit 85 is a true and correct copy of the document Bates-stamped NC 11018, which was referenced in paragraph 166 of Pl. 56.1 Statement.

87.     Attached hereto as Exhibit 86 is a true and correct copy of documents Bates-stamped NC 11191-93, which were referenced in paragraph 166 of Pl. 56.1 Statement.

88.     Attached hereto as Exhibit 87 is a true and correct copy of the document Bates-stamped NC 11208, which was referenced in paragraph 166 of Pl. 56.1 Statement.

89.     Attached hereto as Exhibit 88 is a true and correct copy of documents Bates-stamped NC 11225-30, which were referenced in paragraph 166 of Pl. 56.1 Statement.

90.     Attached hereto as Exhibit 89 is a true and correct copy of documents Bates-stamped NC 131-132, which were referenced in paragraph 168 of Pl. 56.1 Statement.

91.     Attached hereto as Exhibit 90 is a true and correct copy of documents Bates-stamped NC 384-85, which were referenced in paragraph 168 of Pl. 56.1 Statement.

92.     Attached hereto as Exhibit 91 is a true and correct copy of the document Bates-stamped NC 11306, which was referenced in paragraph 172 of Pl. 56.1 Statement.

93.     Attached hereto as Exhibit 92 is a true and correct copy of documents Bates-stamped NC 11963-64, which were referenced in paragraph 172 of Pl. 56.1 Statement.

94.     Attached hereto as Exhibit 93 is a true and correct copy of documents Bates-stamped MOR 984-1026, which were referenced in paragraphs 1 and 8 of Pl. 56.1 Statement In Response to CSEA.

95.     Attached hereto as Exhibit 94 is a true and correct copy of documents Bates-stamped CSEA 83-185, which were referenced in paragraph 1 of Pl. 56.1 Statement In Response to CSEA.

96.     Attached hereto as Exhibit 95 is a true and correct copy of the document Bates-stamped NC 889, which was referenced in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

97.     Attached hereto as Exhibit 96 is a true and correct copy of the document Bates-stamped NC 5719, which was referenced in paragraph 10 of Pl. 56.1 Statement In Response to CSEA.

98.     Attached hereto as Exhibit 97 is a true and correct copy of documents Bates-stamped CSEA 206-207, which were referenced in paragraph 22 of Pl. 56.1 Statement In Response to CSEA.

99.     Attached hereto as Exhibit 98 is a true and correct copy of the document Bates-stamped CSEA 203, which was referenced in paragraph 34 of Pl. 56.1 Statement In Response to CSEA.

100.    Attached hereto as Exhibit 99 is a true and correct copy of the document Bates-stamped NC 493.

101.    Attached hereto as Exhibit 100 is a true and correct copy of documents Bates-stamped NC 4709-4801.

102.    Attached hereto as Exhibit 101 is a true and correct copy of the document Bates-stamped MOR 76.

103.    Attached hereto as Exhibit 102 is a true and correct copy of the document Bates-stamped NC 165.

104.    Attached hereto as Exhibit 103 is a true and correct copy of documents Bates-stamped NC 11963-11964.

105.    Attached hereto as Exhibit 104 is a true and correct copy of the document Bates-stamped NC 11262.

106.    For the convenience of the Court and the parties, attached hereto is also an index of the documents that were produced in discovery in this case and are cited in Pl. 56.1 Statement and Pl. 56.1 Statement in Response to CSEA with the documents' corresponding exhibit numbers.

Dated: New York, New York
        February 11, 2008

Scott B. Gilly

11

**INDEX OF DOCUMENTS PRODUCED IN DISCOVERY THAT ARE CITED IN PL. 56.1 STATEMENT AND PL. 56.1 STATEMENT IN RESPONSE TO CSEA**

| Documents Cited in Pl. 56.1 Statement | Exhibit Number (attached to Gilly Decl.) |
|---|---|
| NC 75 | Exhibit 45 |
| NC 91 | Exhibit 22 |
| NC 93 | Exhibit 44 |
| NC 94 | Exhibit 37 |
| NC 103 | Exhibit 38 |
| NC 105 | Exhibit 39 |
| NC 131-132 | Exhibit 73 |
| NC 152 | Exhibit 90 |
| NC 171 | Exhibit 25 |
| NC 172 | Exhibit 41 |
| NC 384-385 | Exhibit 73 |
| NC 668 | Exhibit 46 |
| NC 888 | Exhibit 42 |
| NC 3523 | Exhibit 61 |
| NC 4062 | Exhibit 62 |
| NC 4704 | Exhibit 63 |
| NC 4707 | Exhibit 64 |
| NC 4708 | Exhibit 65 |
| NC 4933-4934 | Exhibit 80 |
| NC 4943 | Exhibit 81 |
| NC 5068-5076 | Exhibit 47 |
| NC 5635-5646 | Exhibit 66 |
| NC 5766 | Exhibit 26 |
| NC 5793 | Exhibit 27 |
| NC 6430 | Exhibit 28 |
| NC 7039 | Exhibit 29 |
| NC 7044 | Exhibit 30 |
| NC 7046 | Exhibit 31 |

| NC 7078 | Exhibit 32 |
|---|---|
| NC 7085 | Exhibit 43 |
| NC 7093 | Exhibit 33 |
| NC 7095 | Exhibit 34 |
| NC 7106 | Exhibit 35 |
| NC 7753-7757 | Exhibit 67 |
| NC 7782-7783 | Exhibit 68 |
| NC 7794-7815 | Exhibit 69 |
| NC 7990 | Exhibit 70 |
| NC 8057-73 | Exhibit 71 |
| NC 8244 | Exhibit 72 |
| NC 10749-10750 | Exhibit 84 |
| NC 10851 | Exhibit 79 |
| NC 11018 | Exhibit 85 |
| NC 11191-11193 | Exhibit 86 |
| NC 11208 | Exhibit 87 |
| NC 11225-11230 | Exhibit 88 |
| NC 11306 | Exhibit 91 |
| NC 11963-11964 | Exhibit 92 |
| NC 13598 | Exhibit 48 |
| NC 13618 | Exhibit 49 |
| MOR 64 | Exhibit 50 |
| MOR 65 | Exhibit 84 |
| MOR 69 | Exhibit 51 |
| MOR 76 | Exhibit 52 |
| MOR 77 | Exhibit 53 |
| MOR 80 | Exhibit 54 |
| MOR 83 | Exhibit 55 |
| MOR 85 | Exhibit 56 |
| MOR 86 | Exhibit57 |
| MOR 88 | Exhibit 58 |

| MOR 92 | Exhibit 59 |
| --- | --- |
| MOR 94 | Exhibit 60 |
| MOR 113 | Exhibit 36 |
| MOR 114-115 | Exhibit 21 |
| MOR 116 | Exhibit 24 |
| MOR 211; MOR 213 (duplicate of MOR 211) | Exhibit 78 |
| MOR 995-997 | Exhibit 77 |
| CSEA 86 | Exhibit 75 |
| CSEA 96 | Exhibit 23 |
| CSEA 112 | Exhibit 76 |
| **Documents Cited in Pl. 56.1 Statement in Response to CSEA** | **Exhibit Number (attached to Gilly Decl.)** |
| NC 889 | Exhibit 95 |
| NC 5719 | Exhibit 96 |
| MOR 984-1026 | Exhibit 93 |
| CSEA 83-185 | Exhibit 94 |
| CSEA 203 | Exhibit 98 |
| CSEA 206-207 | Exhibit 97 |