UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X

GEORGINA MORGENSTERN,                              04-CV-0058
                                                   (JS)(ARL)
                Plaintiff,

       -against-                                **NOTICE OF MOTION**

COUNTY OF NASSAU; NASSAU LOCAL 830, CIVIL
SERVICE EMPLOYEES ASSOCIATION, INC.; THOMAS R.
SUOZZI, in his individual and official capacities; ANTHONY
M. CANCELLIERI, in his individual and official capacities;
PATRICIA BOURNE, in her individual and official capacities;
JOHN P. DONNELLY, in his individual and official capacities,

                Defendants.
----------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the pleadings served in this action, the accompanying memorandum of law, the attached exhibits and all prior proceedings, the County Defendants will move this Court at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip New York, 11722 as soon as counsel may be heard for remittitur or a new trial pursuant to Rule 59(a) of the Federal Rules of Civil Procedure.

Dated: Mineola, New York
       September 1, 2009

                                                                            Lorna B. Goodman
                                                                            Nassau County Attorney


                                                                            By:_____/s/_____
                                                                            Karen Schmidt
                                                                            Deputy County Attorney
                                                                            One West Street
                                                                            Mineola, N.Y. 11501

(516) 571-6063