UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGINA MORGENSTERN,

                      Plaintiff,                    **ORDER**

           -against-                             CV 04-0058 (ARL)

COUNTY OF NASSAU, et al.,

                    Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's request to establish April 28, 2010 as the date for the simultaneous filing of the parties' submissions on the issue of front pay and/or reinstatement. By letter dated February 11, 2010, the plaintiff advised the court that the parties had executed a settlement agreement subject to the approval of the Nassau County Legislature by April 19, 2010. To date, the settlement has not been placed on the legislative calendar. The County Attorney's Office acknowledges that the matter has yet to be placed on the calendar despite the fact that they have prepared the necessary paperwork and have responded to inquires from members of the legislative body. The County Attorney's Office anticipate having the matter placed on the calendar in the "near future."

      The court is not going to require the parties to submit the supplemental filings at this time. In the event this matter is not calendared on or before May 31, 2010, the court will reconsider the application.


Dated:  Central Islip, New York                **SO ORDERED:**
         April 26, 2010

                                                            _____/s/_____
                                                             ARLENE R. LINDSAY
                                                             United States Magistrate Judge